NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VICTOR J. TATE,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2012-3066

---

Petition for review of the Merit Systems Protection Board in case no. DA0752110123-I-1.

---

**ON MOTION**

---

**ORDER**

The United States Postal Service moves for a 31-day extension of time, until July 2, 2012, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUN** 0 8 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Victor J. Tate
    Delisa M. Sanchez, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 8 2012

JAN HORBALY
CLERK